UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| DANNY MCDONALD | ) | |
| | ) | |
| v. | ) | NO. 2:08-CV-280 |
| | ) | *Greer/Inman* |
| SULLIVAN COUNTY JAIL, *et al.* | ) | |

## MEMORANDUM

This *pro se* civil rights complaint under 42 U.S.C. § 1983 was filed by a former prisoner in the Sullivan County Detention Center, who alleged that his constitutional rights were violated during his confinement therein. On May 18, 2010, the Court entered an order directing the Clerk to send plaintiff three service packets and ordering him to complete and return the packets to the Court within twenty (20) days. [Doc. 6]. Plaintiff was also forewarned that, if he failed to comply with the order in a timely fashion, his lawsuit would be dismissed. [*Id.*].

More than six months have passed and plaintiff has failed to return the service packets or otherwise respond to the order.

Therefore, this case will be **DISMISSED** by a separate order for plaintiff's failure to prosecute and to comply with the orders of the Court. Fed. R. Civ. P. 41(b). Lastly, the Court **FINDS** that any appeal from this decision would not be taken in good faith and, therefore, will also **DENY** plaintiff leave to proceed *in forma pauperis* on appeal. 28 U.S.C. § 1915(a)(3).

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE